```
 1  CAROL C. LAM
    United States Attorney
 2  L. MARCEL STEWART
    Assistant United States Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-5766
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED
AUG 29 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   06CR1879-W

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 06MG1504 |
| Plaintiff, | |
| v. | STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON |
| ROBERTO SANDOVAL-JENSEN, | |
| Defendant. | |
| | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and L. Marcel Stewart, Assistant United States Attorney, and defendant ROBERTO SANDOVAL-JENSEN, by and through and with the advice and consent of defense counsel, Andrew Lah, Esq., Federal Defenders of San Diego, Inc., that:

    1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//
//

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **September 14, 2006**.

4. The material witnesses, Maria Florentina Vizuet-Vasquez and I.A.M.E., in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about August 11, 2006;

    c. Were found in a vehicle driven by defendant at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying and/or having others pay on their behalf between $1,000 and $3,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

1         c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
2   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
3   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
4   waives the right to confront and cross-examine the material witness(es) in this case.

5      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
6   read it (or that it has been read to defendant in defendant's native language). Defendant certifies
7   further that defendant has discussed the terms of this stipulation and joint motion with defense
8   counsel and fully understands its meaning and effect.

9      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
10  immediate release and remand of the above-named material witness(es) to the Department of
11  Homeland Security for return to their country of origin.

12     It is STIPULATED AND AGREED this date.

13  Respectfully submitted,

14  CAROL C. LAM
    United States Attorney

16  Dated: 8/29/06

17  L. MARCEL STEWART
    Assistant United States Attorney

18  Dated: 8/28/06

19  ANDREW LAH
    Defense Counsel for Roberto Sandoval-Jensen

21  Dated: 8-28-06

    ROBERTO SANDOVAL-JENSEN
22  Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Roberto Sandoval-Jensen      3      06MG1504

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 8/29/06

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Roberto Sandoval-Jensen                4                                06MG1504

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Roberto Sandoval-Jensen<br><br>Defendant(s) | CRIMINAL NO. 06CR1879-W<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Florentina Vizuet-Vasquez

DATED: August 29, 2006

Leo S. Papas

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andy O'Neill_
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk